HERMAN BRUSSELS, Respondent, v. GEORGE V. O'CONNOR, Appellant.— Order granting motion for reargument and directing defendant to continue the business and to file an approved surety company undertaking, and order appointing a receiver *pendente lite*, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

FELICE CERULLI, Respondent, v. J. F. I. CONSTRUCTION Co., INC., and Others, Defendants, and THOMAS J. MURPHY, Appellant.— Order granting plaintiff's motion for summary judgment and striking out answer interposed by defendant Thomas J. Murphy, and judgment entered upon such order, reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. We are of opinion that there is an issue of fact which should be tried and not determined upon affidavits under rule 113 of the Rules of Civil Practice. Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ., concur.

FRANK P. CLAIR, Plaintiff, v. HENRY WREGE, Appellant. HORACE S. GLASSER, Receiver, Respondent.— Order in so far as it grants receiver's motion to punish appellant for contempt affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

LOUIS J. DRUSS, Respondent, v. JACKSON HEIGHTS TERRACE CORPORATION and Others, Appellants, and Others, Defendants.— Order denying motion to compel acceptance of answers reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. We are of opinion that the facts presented by appellants entitled them to the relief asked for. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

CLARENCE S. DUNN and HELEN B. DUNN, Respondents, v. BIENER REALTY Co., INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

BENJ. FRINDEL, Respondent, v. LOUIS REUBEN and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.